**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, <br><br> Plaintiff, <br> v. <br><br> GARLAND RETAIL INVESTORS, LLC, a Texas Limited Liability Company, <br><br> and <br><br> VUU INVESTMENTS, L.P., a Texas Limited Partnership, <br><br> Defendants. <br> _____ | )<br>)<br>)   Case No.:       3:16-cv-01198-N<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT GARLAND RETAIL INVESTORS, LLC**

Plaintiff, JAMES JOSEPH JULUKE, JR, , pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice as to defendant GARLAND RETAIL INVESTORS, LLC and each party shall be responsible for its own fees and costs.  This action shall continue against remaining Defendant VUU INVESTMENTS, L.P.

Respectfully Submitted,

By:    */s/ Louis I. Mussman*
           Louis I. Mussman
           Attorney-in-charge
           Florida Bar No. 597155
           N.D. TX No. 597155FL
           Ku & Mussman, P.A.
           6001 NW 153rd Street, Suite 100
           Miami Lakes, FL 33014
           Tel: (305) 891-1322
           Fax: (305) 891-4512
           Louis@KuMussman.com

and

Seth P. Crosland
Local Counsel
Texas Bar No.: 24069551
Brandy Austin Law Firm, PLLC
2404 Roosevelt Drive
Arlington, Texas 76016
Tel: (817) 841-9906
Fax: (817) 484-0280
seth@brandyaustinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by U.S. Mail to: Garland Retail Investors, LLC, c/o John D. Fraser, Ferguson Braswell & Fraser, P.C., 2500 Dallas Parkway, Suite 501, Plano, Texas, 75093 and Vuu Iinvestments, L.P., c/o Hoang Vien Vuu, Registered Agent, 3347 W. Walnut Street, Garland, TX 75042

By: */s/ Louis Mussman*
Louis Mussman, Esq.