AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| JAMES JOSEPH JULUKE, JR., an Individual, *Plaintiff* | ) ) ) ) | |
| v. | ) | Civil Action No.  3:16-cv-01198-N |
| GARLAND RETAIL INVESTORS, LLC, ET AL., a Texas Limited Liability Company, *Defendant* | ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   VUU INVESTMENTS, L.P.
By Serving Registered Agent:
Hoang Vien Vuu
3347 W. Walnut Street
Garland, TX 75042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Louis I. Mussman,
Ku & Mussman, P.A,
6001 NW 153 Street, Suite 100
Miami Lakes, FL 33014
Local counsel, Seth P. Crosland, 2404 Roosevelt Drive
Arlington, Texas, 76016 Tel: (817) 841-9906 Fax: (817) 484-0280

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  5/3/2016                                                             s/B. Boles

*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

State of Texas     County of Northern District of Texas     United States District Court

Case Number: 3:16-CV-01198-N

Plaintiff:
**James Joseph Juluke, Jr.**

vs.

Defendant:
**Garland Retail Investors LLC, et al**

Received by A-1 HouTex Civil Process on the **18th day of January, 2017** at **8:00 am** to be served on **VUU Investments LP delivering to Hoang Vien Vuu, its registered agent, 3347 W. Walnut Street, Suite 101, Garland, TX 75042.**

I, Carlos Barrera, do hereby affirm that on the **19th day of January, 2017** at **3:20 pm**, I:

delivered to **VUU Investments LP delivering to Hoang Vien Vuu, its registered agent** by delivering a true copy of the **Summons In A Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **Julia,** in person, as **Manager**, at the address of: **3347 W. Walnut Street, Suite 101, Garland, TX 75042**, in the county of **Dallas**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to, nor have any interest in the outcome of the above numbered suit. I am certified under order of the Supreme Court of Texas to deliver citations and other notices.

Carlos Barrera
TX Cert:SCH5305 Exp:6/30/18

A-1 HouTex Civil Process
1206 Tamworth
Houston, TX 77015
(281) 808-2616

Our Job Serial Number: CBR-2017000043

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s